# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

RONNY CROOK,

    Plaintiff,

v.                      CASE NO. 4:04cv425-RH/WCS

MARTIE F. TAYLOR, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 15), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

    SO ORDERED this 27th day of June, 2005.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge